Filed 3/27/25  P. v. Butchermorrissey CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C101464 |
| Plaintiff and Respondent, | (Super. Ct. No. 24CF01353) |
| v. | |
| DANIEL SEAN BUTCHERMORRISSEY, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Daniel Sean Butchermorrissey filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error that would result in a disposition more favorable to Butchermorrissey, we will affirm the judgment.

BACKGROUND

In the morning hours of March 19, 2024, law enforcement officers responded to reports of a "white male" (later identified as Butchermorrissey) causing a disturbance in and around a convenience store.  When they arrived, the officers tried to arrest

1

Butchermorrissey, but he fought back, "kicking his legs and flailing his arms." Butchermorrissey tried to trip the officers and attempted to bite one of them; he "kept trying to grab" an officer by the wrist. Ultimately, the officers had to place Butchermorrissey in a "department issued WRAP device" in order to arrest him. Several officers sustained bruises and scratches as a result of the altercation.

The People subsequently charged Butchermorrissey with felony resisting an executive officer (Pen. Code, § 69, subd. (a)) and misdemeanor petty theft (Pen. Code, §§ 484, subd. (a), 488, 490.5, subd. (a)). The People also alleged Butchermorrissey was previously convicted of a strike offense. Butchermorrissey pled no contest to felony resisting an executive officer. He waived his right to have aggravating factors found true by a jury and agreed the trial court "may find aggravating factors based on" the face of the complaint, police reports, and any probable cause declaration.

In exchange for Butchermorrissey's plea, the People agreed they would move the trial court to dismiss the remaining charge and three unrelated, pending cases identified as "OPD 24-0876; OPD 24-0968; [and] BCSO 24-01594." The court granted the motion to dismiss with a *Harvey*[1] waiver. The trial court found true beyond a reasonable doubt the following aggravating factors: (1) Butchermorrissey's prior convictions as an adult are numerous or of increasing seriousness, (2) he served prior prison terms, (3) his prior performance on probation was unsatisfactory, and (4) he engaged in conduct that is a serious danger to society. The court sentenced Butchermorrissey to the upper term of three years in state prison, ordered him to pay the minimum mandatory fines and fees, and awarded him 184 days of custody credit.

Butchermorrissey filed a timely notice of appeal without a certificate of probable cause.

---

[1] *People v. Harvey* (1979) 25 Cal.3d 754.

## DISCUSSION

Appointed counsel filed an opening brief that sets forth the facts and procedural history of the case and asks this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende*, *supra*, 25 Cal.3d 436.) Butchermorrissey was advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and Butchermorrissey has not filed a supplemental brief.

Having undertaken an examination of the entire record pursuant to *Wende*, we find no arguable errors that are favorable to Butchermorrissey. Accordingly, we will affirm the judgment.

## DISPOSITION

The judgment is affirmed.


                                                        /s/
                                                  EARL, P. J.


We concur:


   /s/
MAURO, J.


   /s/
RENNER, J.


3